# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SQUATRITO, DOMINIC J. | US DISTRICT COURT HARTFORD, CT | 5/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTR. JUDGE-SENIOR STATUS | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

US DISTRICT COURT
450 MAIN STREET
HARTFORD, CT 06103

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▬▬▬▬▬▬ wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. People's United Bank | Mortgage and equipment notes, and revolving credit line for ▮▮▮ | P3 |
| 2. Fidelity Investments | Negative margin balance on investments | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Webster Bank - checking account | A | Interest | K | T | | | | | |
| 2. Fidelity contra fund - mutual fund | A | Dividend | J | T | | | | | |
| 3. ▨▨▨▨ - common stock | | None | P3 | Q | | | | | |
| 4. Coventry, CT Real Estate | | None | J | W | | | | | |
| 5. People's United Bank - checking account | | None | J | T | | | | | |
| 6. AAC Technologies | A | Dividend | J | T | Buy<br>(add'l) | 12/02/19 | J | | |
| 7. | | | | | Sold<br>(part) | 10/30/19 | J | | |
| 8. Abbott Laboratories - common stock | A | Dividend | K | T | | | | | |
| 9. Aercap Holdings | | None | J | T | Buy<br>(add'l) | 01/04/19 | J | | |
| 10. | | | | | Sold<br>(part) | 11/08/19 | J | A | |
| 11. AIA Group | A | Dividend | J | T | Buy<br>(add'l) | 10/17/19 | J | | |
| 12. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 13. Air Liquidel | A | Dividend | J | T | Sold<br>(part) | 10/18/19 | J | A | |
| 14. Alibaba | | None | K | T | Buy<br>(add'l) | 11/25/19 | J | | |
| 15. | | | | | Sold<br>(part) | 12/30/19 | J | A | |
| 16. AMbev SA | A | Dividend | J | T | Buy<br>(add'l) | 12/02/19 | J | | |
| 17. | | | | | Sold<br>(part) | 10/30/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  America Movil SAB DE | A | Dividend | J | T | Buy<br>(add'l) | 10/17/19 | J | | |
| 19.  Amgen | A | Dividend | K | T | | | | | |
| 20.  AngloGold Ashanti Ltd | | None | | | Buy | 09/16/19 | J | | |
| 21. | | | | | Sold | 09/25/19 | J | A | |
| 22.  Anhui | A | Dividend | J | T | Buy<br>(add'l) | 05/06/19 | J | | |
| 23.  Aon PLC | A | Dividend | J | T | Sold<br>(part) | 03/27/19 | J | A | |
| 24.  Apple Inc. - common stock | B | Dividend | M | T | | | | | |
| 25.  Arkema Spon | A | Dividend | J | T | | | | | |
| 26.  ASM Pacific Technology ltd | A | Dividend | J | T | | | | | |
| 27.  Asml Holding | A | Dividend | J | T | Buy<br>(add'l) | 03/27/19 | J | | |
| 28. | | | | | Sold<br>(part) | 12/09/19 | J | A | |
| 29.  Assa Abloy | | None | J | T | Buy | 12/19/19 | J | | |
| 30. | | | | | Sold<br>(part) | 10/30/19 | J | | |
| 31.  AT&T | B | Dividend | K | T | | | | | |
| 32.  Baidu | | None | J | T | Buy<br>(add'l) | 12/02/19 | J | | |
| 33. | | | | | Sold<br>(part) | 12/09/19 | J | | |
| 34.  Banco Bradesco | | None | | | Buy | 09/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SQUATRITO, DOMINIC J.** | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Sold | 09/20/19 | J | | |
| 36. | Banco do Brasil | A | Dividend | J | T | Buy<br>(add'l) | 08/16/19 | J | | |
| 37. | Banco Macro SA | A | Dividend | | | Sold | 08/26/19 | J | | |
| 38. | Bank Mandir | A | Dividend | J | T | | | | | |
| 39. | BB Seguridade | A | Dividend | J | T | Buy<br>(add'l) | 08/16/19 | J | | |
| 40. | Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 41. | Bidvest Group | A | Dividend | J | T | | | | | |
| 42. | Borg Warner INC | A | Dividend | | | Sold | 10/22/19 | J | | |
| 43. | Brenntag AG UNSP | A | Dividend | J | T | | | | | |
| 44. | Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 45. | Bridgestone | A | Dividend | J | T | | | | | |
| 46. | Bunzl Spon | A | Dividend | J | T | Buy<br>(add'l) | 06/06/19 | J | | |
| 47. | Checkpoint Software | | None | J | T | Buy<br>(add'l) | 11/22/19 | J | | |
| 48. | | | | | | Sold<br>(part) | 01/31/19 | J | | |
| 49. | Chevron Corp. - common stock | B | Dividend | | | Sold | 10/22/19 | K | D | |
| 50. | China Construction Bank | A | Dividend | J | T | Buy<br>(add'l) | 12/02/19 | J | | |
| 51. | | | | | | Sold<br>(part) | 10/30/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SQUATRITO, DOMINIC J.** | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | China Merchants Bank | | None | J | T | Buy | 08/16/19 | J | | |
| 53. | | | | | | Sold<br>(part) | 04/29/19 | J | | |
| 54. | China Mobile LTD | A | Dividend | J | T | Buy<br>(add'l) | 12/30/19 | J | | |
| 55. | | | | | | Sold<br>(part) | 12/06/19 | J | | |
| 56. | China Shenhua Energy Co | A | Dividend | J | T | Buy<br>(add'l) | 12/02/19 | J | | |
| 57. | | | | | | Sold<br>(part) | 10/30/19 | J | | |
| 58. | Cielo SA Spon ADR | A | Dividend | J | T | Buy<br>(add'l) | 12/02/19 | J | | |
| 59. | | | | | | Sold<br>(part) | 10/30/19 | J | | |
| 60. | Cisco | A | Dividend | J | T | | | | | |
| 61. | Clicks Group LTD | A | Dividend | | | Sold | 10/17/19 | J | A | |
| 62. | CNOOC LTD | A | Dividend | J | T | | | | | |
| 63. | Coca Cola Co. - common stock | A | Dividend | K | T | | | | | |
| 64. | Commercial Int'l Bank Egypt | A | Dividend | J | T | | | | | |
| 65. | Compagnie Financiere | A | Dividend | J | T | Sold<br>(part) | 08/01/19 | J | | |
| 66. | Compass Group | A | Dividend | J | T | Sold<br>(part) | 09/13/19 | J | A | |
| 67. | Continental AG ADR (Y) | | | | | | | | | |
| 68. | Core Laboratories NV (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br> | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Costco | A | Dividend | K | T | | | | | |
| 70. CRH Spon ADR EA | A | Dividend | J | T | Buy<br>(add'l) | 07/31/19 | J | | |
| 71. Daikin Industries | A | Dividend | J | T | Sold<br>(part) | 09/13/19 | J | A | |
| 72. Danaher Corp. - common stock | A | Dividend | L | T | | | | | |
| 73. DBS Group Holdings | A | Dividend | J | T | | | | | |
| 74. Deutsch CMO - bond | A | Interest | J | T | Redeemed<br>(part) | 12/25/19 | J | A | |
| 75. Deutsche Boerse AG (Y) | | | | | | | | | |
| 76. Discover Financial Services | A | Dividend | | | Sold | 10/22/19 | J | C | |
| 77. Dr. Reddy S Laboratories (Y) | | | | | | | | | |
| 78. Ecolab Inc. - common stock | A | Dividend | L | T | | | | | |
| 79. ENN Energy Holdings | A | Dividend | J | T | Sold<br>(part) | 10/18/19 | J | A | |
| 80. Equinor ASA (Y) | | | | | | | | | |
| 81. Facebook | | None | K | T | | | | | |
| 82. Ferguson PLC | A | Dividend | J | T | | | | | |
| 83. Fidelity Treasury MM Fund | A | Interest | K | T | | | | | |
| 84. Fomento Economico Mexicano | A | Dividend | J | T | Buy<br>(add'l) | 12/04/19 | J | | |
| 85. | | | | | Sold<br>(part) | 10/31/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Franklin Templeton ETF India | A | Dividend | J | T | Buy | 08/23/19 | J | | |
| 87. | | | | | Sold (part) | 12/12/19 | J | A | |
| 88. Frankilin Templeton ETF TR Brazil | A | Dividend | J | T | Buy (add'l) | 11/26/19 | J | | |
| 89. | | | | | Sold (part) | 12/4/19 | J | | |
| 90. Franklin Tempelton ETF TR China | A | Dividend | J | T | Buy (add'l) | 12/04/19 | J | | |
| 91. | | | | | Sold (part) | 12/06/19 | J | | |
| 92. Franklin Templeton ETF TR Russia | A | Dividend | J | T | Buy (add'l) | 09/17/19 | J | | |
| 93. | | | | | Sold (part) | 12/17/19 | J | A | |
| 94. Franklin Templeton ETF TR South Korea | A | Dividend | J | T | Sold (part) | 12/04/19 | J | | |
| 95. Galp Energia | A | Dividend | J | T | Buy (add'l) | 09/17/19 | J | | |
| 96. Gazprom OAO | A | Dividend | J | T | Sold (part) | 12/11/19 | J | A | |
| 97. Givaudan SA ADR | A | Dividend | J | T | Sold (part) | 01/29/19 | J | A | |
| 98. Global X MSCI Argentina ETF (Y) | | | | | | | | | |
| 99. HDFC Bank | | None | J | T | Buy (add'l) | 10/10/19 | J | | |
| 100. | | | | | Sold (part) | 12/09/19 | J | A | |
| 101. Heineken | A | Dividend | J | T | Buy (add'l) | 08/02/19 | J | | |
| 102. | | | | | Sold (part) | 10/09/19 | J | A | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **SQUATRITO, DOMINIC J.** | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Hengan International | A | Dividend | J | T | Buy (add'l) | 12/02/19 | J | | |
| 104. | | | | | Sold (part) | 10/30/19 | J | | |
| 105. Henkel AG&CO | A | Dividend | | | Sold | 04/11/19 | J | | |
| 106. Hines Global REIT | E | Distribution | L | T | | | | | |
| 107. Honeywell Int'l Inc. - common stock | A | Dividend | K | T | | | | | |
| 108. Hoya Corp | A | Dividend | J | T | Buy (add'l) | 06/10/19 | J | | |
| 109. | | | | | Sold (part) | 09/12/19 | J | A | |
| 110. Illinois Tool Sks Inc. - common stock | B | Dividend | K | T | | | | | |
| 111. Imperial Holdings | A | Dividend | | | Sold | 04/03/19 | J | | |
| 112. Infineon Technologies | A | Dividend | J | T | Buy (add'l) | 10/09/19 | J | | |
| 113. | | | | | Sold (part) | 05/08/19 | J | | |
| 114. Infosys | A | Dividend | J | T | Buy (add'l) | 11/06/19 | J | | |
| 115. | | | | | Sold (part) | 11/15/19 | J | A | |
| 116. Ishares EDGE MSCI min volume emerging markets ETF | | None | | | Sold | 01/03/19 | J | | |
| 117. Ishares Core MSCI Emerging Markets | A | Dividend | K | T | | | | | |
| 118. Ishares MSCI MLY ETF | A | Dividend | J | T | Buy (add'l) | 11/11/19 | J | | |
| 119. | | | | | Sold (part) | 12/04/19 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Ishares MSCI STHAFR ETF | A | Dividend | J | T | Buy (add'l) | 12/31/19 | K | | |
| 121. | | | | | Sold (part) | 11/26/19 | K | | |
| 122.  Ishares MSCI STHKOR ETF | A | Dividend | J | T | Buy (add'l) | 12/17/19 | K | | |
| 123. | | | | | Sold (part) | 12/04/19 | K | | |
| 124.  Ishares MSCI Turkey ETF | | None | | | Buy (add'l) | 09/25/19 | J | | |
| 125. | | | | | Sold | 12/25/19 | J | | |
| 126.  Ishares Latin America ETF | | None | | | Sold | 04/12/19 | J | A | |
| 127.  Ishares MSCI Brazil | A | Dividend | J | T | Buy (add'l) | 12/04/19 | K | | |
| 128. | | | | | Sold (part) | 11/06/19 | J | | |
| 129.  Ishares MSCI Chile (Y) | | | | | | | | | |
| 130.  Ishares MSCI Indonesia | A | Dividend | J | T | Buy (add'l) | 10/18/19 | J | | |
| 131. | | | | | Sold (part) | 11/01/19 | J | | |
| 132.  Ishares MSCI Mexico ETF | A | Dividend | J | T | Buy (add'l) | 12/06/19 | J | | |
| 133. | | | | | Sold (part) | 12/04/19 | K | | |
| 134.  Ishares MSCI Peru ETF | A | Dividend | | | Buy (add'l) | 06/14/19 | J | | |
| 135. | | | | | Sold | 08/30/19 | J | | |
| 136.  Ishares MSCI Philippines ETF | A | Dividend | J | T | Buy (add'l) | 12/31/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 10/22/19 | J | A | |
| 138. Ishares MSCI Poland ETF | A | Dividend | J | T | Buy<br>(add'l) | 12/12/19 | J | | |
| 139. | | | | | Sold<br>(part) | 11/19/19 | J | | |
| 140. Ishares MSCI Rus ETF | A | Dividend | J | T | Buy<br>(add'l) | 11/01/19 | J | | |
| 141. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 142. Ishares MSCI Saudi Arabia | A | Dividend | J | T | Buy | 12/06/19 | J | | |
| 143. | | | | | Sold<br>(part) | 11/01/19 | J | | |
| 144. Ishares MSCI Taiwan capped ETF | A | Dividend | J | T | Buy<br>(add'l) | 12/06/19 | K | | |
| 145. | | | | | Sold<br>(part) | 12/31/19 | K | A | |
| 146. Ishares MSCI Thicap ETF | A | Dividend | J | T | Buy<br>(add'l) | 12/04/19 | J | | |
| 147. | | | | | Sold<br>(part) | 10/18/19 | J | | |
| 148. Ishares Tr MSCI China | A | Dividend | K | T | Buy<br>(add'l) | 12/17/19 | K | | |
| 149. | | | | | Sold<br>(part) | 12/04/19 | K | | |
| 150. Ishares India SM CP | | None | | | Buy | 09/23/19 | J | | |
| 151. | | | | | Sold | 10/02/19 | J | | |
| 152. Ishares Tr MSCI India | A | Dividend | J | T | Buy<br>(add'l) | 12/23/19 | K | | |
| 153. | | | | | Sold<br>(part) | 12/06/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Itau Unibanco Holding | | None | | | Buy | 09/09/19 | J | | |
| 155. | | | | | Sold | 09/20/19 | J | | |
| 156. JP Morgan Chase - common stock | A | Dividend | K | T | | | | | |
| 157. Julius Baer | A | Dividend | J | T | Buy (add'l) | 11/25/19 | J | | |
| 158. | | | | | Sold (part) | 10/23/19 | J | | |
| 159. KAO Corp | A | Dividend | J | T | Sold (part) | 03/14/19 | J | A | |
| 160. Kasikornbank | A | Dividend | J | T | Buy (add'l) | 12/02/19 | J | | |
| 161. | | | | | Sold (part) | 10/30/19 | J | | |
| 162. KB Financial Group | A | Dividend | J | T | Buy (add'l) | 12/02/19 | J | | |
| 163. | | | | | Sold (part) | 10/30/19 | J | | |
| 164. KBC Corp | A | Dividend | J | T | Buy (add'l) | 09/13/19 | J | | |
| 165. Kerry Group PLC | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 166. Kimberly Clark de Mexico | A | Dividend | J | T | | | | | |
| 167. KOC Holdings | A | Dividend | J | T | Buy (add'l) | 12/02/19 | J | | |
| 168. | | | | | Sold (part) | 10/30/19 | J | | |
| 169. Korea Electric Power | | None | | | Sold | 01/04/19 | J | A | |
| 170. Kraneshares Tr CSI China | | None | | | Buy | 11/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold | 11/20/19 | J | | |
| 172. Life Healthcare Group Holdings LTD (X) | A | Dividend | J | T | Buy<br>(add'l) | 08/19/19 | J | | |
| 173. Linde PLC COm | A | Dividend | K | T | | | | | |
| 174. London Stock Exchange Group | A | Dividend | J | T | Sold<br>(part) | 09/16/19 | J | A | |
| 175. Lonza Group AG | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 176. L'Oreal Co | A | Dividend | J | T | | | | | |
| 177. Merck & Company - common stock | A | Dividend | J | T | | | | | |
| 178. Microsoft | A | Dividend | K | T | | | | | |
| 179. Mobile Telesystems | A | Dividend | J | T | Buy<br>(add'l) | 07/08/19 | J | | |
| 180. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 181. Naspers | A | Dividend | J | T | Buy<br>(add'l) | 11/18/19 | J | | |
| 182. | | | | | Sold<br>(part) | 11/08/19 | J | | |
| 183. National Australia Bank | | None | | | Sold | 04/29/19 | J | | |
| 184. Nedbank Group | A | Dividend | J | T | Sold<br>(part) | 03/07/19 | J | A | |
| 185. Netease | A | Dividend | J | T | Buy<br>(add'l) | 12/06/19 | J | | |
| 186. | | | | | Sold<br>(part) | 12/20/19 | J | A | |
| 187. Novartis A G | A | Dividend | J | T | Sold<br>(part) | 04/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  NXP Semiconductors NV | A | Dividend | J | T | Buy (add'l) | 11/08/19 | J | | |
| 189. | | | | | Sold (part) | 10/09/19 | J | A | |
| 190.  Oil Company Lukoil | A | Dividend | J | T | Buy (add'l) | 12/04/19 | J | | |
| 191. | | | | | Sold (part) | 12/10/19 | J | A | |
| 192.  Oracle | A | Dividend | J | T | | | | | |
| 193.  Pernod Ricard | A | Dividend | J | T | Buy (add'l) | 08/01/19 | J | | |
| 194.  Petroleo Brasileiro | A | Dividend | | | Buy | 10/31/19 | J | | |
| 195. | | | | | Sold | 11/26/19 | J | | |
| 196.  Pfizer Inc. - common stock | A | Dividend | K | T | | | | | |
| 197.  Prudential ADR | A | Dividend | J | T | Buy (add'l) | 03/28/19 | J | | |
| 198. | | | | | Sold (part) | 04/01/19 | J | | |
| 199. | | | | | Redeemed (part) | 11/08/19 | J | | |
| 200.  PT Astra International | A | Dividend | J | T | Buy (add'l) | 12/02/19 | J | | |
| 201. | | | | | Sold (part) | 10/30/19 | J | | |
| 202.  Rickett Benckiser Group PLC | A | Dividend | J | T | Buy (add'l) | 08/02/19 | J | | |
| 203.  Relx Plc | A | Dividend | J | T | Sold (part) | 04/24/19 | J | | |
| 204.  Rentokil Initial ADR | A | Dividend | J | T | Buy (add'l) | 03/04/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 08/01/19 | J | A | |
| 206. Roche Hldg | A | Dividend | J | T | | | | | |
| 207. Samsonite Intl | A | Dividend | J | T | Buy<br>(add'l) | 11/25/19 | J | | |
| 208. | | | | | Sold<br>(part) | 10/23/19 | J | | |
| 209. Samsung Electrs LTD | | None | J | T | Buy | 12/23/19 | J | | |
| 210. Sanlam | A | Dividend | J | T | | | | | |
| 211. Santen Pharmaceutical | A | Dividend | J | T | | | | | |
| 212. SAP | A | Dividend | J | T | Buy<br>(add'l) | 07/19/19 | J | | |
| 213. | | | | | Sold<br>(part) | 10/09/19 | J | A | |
| 214. Sberbank of Russia | A | Dividend | J | T | Sold<br>(part) | 06/05/19 | J | A | |
| 215. Schneider Electric (Y) | | | | | | | | | |
| 216. Sensata Technology | | None | J | T | | | | | |
| 217. SGS SA | A | Dividend | J | T | | | | | |
| 218. Shinhan Financial Group | A | Dividend | J | T | Buy<br>(add'l) | 12/02/19 | J | | |
| 219. | | | | | Sold<br>(part) | 10/30/19 | J | | |
| 220. Shoprite Hldgs (Y) | | | | | | | | | |
| 221. SMC Corp | A | Dividend | | | Buy<br>(add'l) | 06/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 10/16/19 | J | A | |
| 223. Smiths Group PLC (Y) | | | | | | | | | |
| 224. Sonova Holding | A | Dividend | J | T | | | | | |
| 225. Standard Bak Group | A | Dividend | J | T | Sold (part) | 03/07/19 | J | A | |
| 226. Stryker Corp. - common stock | A | Dividend | L | T | | | | | |
| 227. Suncor Energy | A | Dividend | J | T | | | | | |
| 228. Swedebank AB (Y) | | | | | | | | | |
| 229. Sysco Corp. - common stock | A | Dividend | K | T | | | | | |
| 230. Taiwan Semiconductor | A | Dividend | J | T | Buy (add'l) | 10/22/19 | J | | |
| 231. | | | | | Sold (part) | 12/30/19 | J | | |
| 232. Technopro Holdings Inc | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 233. Techtronic Industries | A | Dividend | J | T | Sold (part) | 11/29/19 | J | A | |
| 234. Telekomunikasi Indonesia | A | Dividend | J | T | | | | | |
| 235. Tencent Holdings (Y) | | | | | | | | | |
| 236. Ternium SA | A | Dividend | J | T | Buy (add'l) | 12/02/19 | J | | |
| 237. | | | | | Sold (part) | 10/30/19 | J | | |
| 238. Total S A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Tower Semiconductor LTD | | None | | | Sold | 02/14/19 | J | | |
| 240.  Toyota | A | Dividend | J | T | Buy (add'l) | 04/05/19 | J | | |
| 241. | | | | | Sold (part) | 10/09/19 | J | A | |
| 242.  UBS Group | A | Dividend | J | T | Buy (add'l) | 11/25/19 | J | | |
| 243. | | | | | Sold (part) | 10/23/19 | J | | |
| 244.  Unilever | A | Dividend | J | T | Buy (add'l) | 12/04/19 | J | | |
| 245.  Union Pacific Corp. - common stock | A | Dividend | K | T | | | | | |
| 246.  United Technologies Corp. - common stock | A | Dividend | K | T | | | | | |
| 247.  Vale SA | | None | | | Buy | 05/24/19 | J | | |
| 248. | | | | | Sold | 05/29/19 | J | A | |
| 249.  Valeo | A | Dividend | | | Sold | 06/28/19 | J | | |
| 250.  VanEck Vectors Gold miners ETF | | None | | | Buy | 05/23/19 | J | | |
| 251. | | | | | Sold | 05/28/19 | J | | |
| 252.  Vipshop Holdings Ltd | | None | | | Buy | 07/08/19 | J | | |
| 253.  Vipshop Holdings Ltd | | None | | | Sold | 07/15/19 | J | | |
| 254.  Vodacom | A | Dividend | J | T | Buy (add'l) | 12/02/19 | J | | |
| 255.  Weichai Power Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Willis Towers Watson | A | Dividend | J | T | | | | | |
| 257. Wilmington Large-Cap Strategy Fund | B | Dividend | M | T | | | | | |
| 258. | C | Distribution | | | | | | | |
| 259. Woolworths Hldgs | A | Dividend | | | Sold | 07/02/19 | J | | |
| 260. Xtrackers harvest CSI 300 China A ETF | | None | | | Buy | 11/01/19 | J | | |
| 261. | | | | | Sold | 11/26/19 | J | A | |
| 262. YPF Sociedad Anonima | A | Dividend | | | Sold | 09/04/19 | J | | |
| 263. Corrum Capital Railcar Investors LP | | None | K | T | Sold (part) | 07/26/19 | M | | |
| 264. GE Capital Assurance Universal Life | | None | J | T | | | | | |
| 265. Fidelity 401(k) Profit Sharing Plan & Trust | C | Int./Div. | M | T | | | | | |
| 266. South Kingston, RI rental property | D | Rent | N | R | | | | | |
| 267. American Funds 529 Plan | D | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following properties are personal residences and are, therefore, not listed in section VII:

The South Kingston, RI property noted in section VII line 226 was rented out during 2019. The original cost was $450,000 and the acquisition date was 7.3.2001

The Appraisal date of ▨▨▨▨▨▨ was 4.30.2015

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 5/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ DOMINIC J. SQUATRITO**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544